IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Wayne Jordan, | ) | No. CV05-2680-PHX-SRB |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora B. Schriro, et al. | ) | |
| Respondents. | ) | |

Petitioner, Michael Wayne Jordan, filed his Petition for Writ of Habeas Corpus on September 2, 2005. Respondents answered on December 12, 2005. No reply was filed. Petitioner asserts that: 1) the sentence was based on erroneous assumptions and violated the rule announced in *Blakely v. Washington;* 2) counsel was ineffective; 3) the evidence at trial did not establish mens rea; and 4) the sentence violates the Eighth Amendment because the defendant is factually innocent.

The Magistrate Judge filed her Report and Recommendation on January 25, 2006, recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1      The Court finds itself in agreement with the Report and Recommendation of the
2 Magistrate Judge.
3      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4 as the order of this Court.
5      IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed.

7      DATED this 2nd day of March, 2006.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge

- 2 -